UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JOHANN DEFFERT**,

    Plaintiff,

v.

**OFFICER WILLIAM MOE**,
in his individual and official capacities,
**OFFICER TIMOTHY JOHNSTON**,
in his individual and official capacities,
**OFFICER STEPHEN LABRECQUE**,
in his individual and official capacities,
**KEVIN BELK**,
in his official capacity as Chief of Police for the Grand Rapids Police Department, and
**CITY OF GRAND RAPIDS MICHIGAN**,

    Defendants.

**HON. JANET T. NEFF**
U.S. District Court Judge

Case No. 1:13-cv-1351

_____/

| | |
|---|---|
| **STEVEN W. DULAN (P54914)** <br> The Law Offices of Steven W Dulan, PLC <br> Attorney for *Plaintiff* <br> 1750 E. Grand River Ave, Suite 101 <br> East Lansing, MI 48823 <br> (517) 333-7132 <br> (517) 333-1691 (FAX) <br> swdulan@stevenwdulan.com | **MARGARET P. BLOEMERS (P40853)** <br> Police Legal Advisor / Director of Civil Litigation <br> **KRISTEN REWA (P73043)** <br> Assistant City Attorney <br> Attorneys for *Defendants* <br> 300 Monroe Ave. NW, Ste. 620 <br> Grand Rapids, MI  49503 <br> (616) 456-4026 <br> mbloemer@grcity.us <br> krewa@grcity.us |

_____/

### STIPULATON AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT

The parties to this action, through their attorneys, hereby stipulate and agree that Defendants shall have until **February 18, 2014**, in which to file responsive pleadings, a Pre-Motion Conference Request or, if this case is subsequently referred to a magistrate judge, a dispositive motion on the pleadings.

| | |
|---|---|
| December 31, 2013 | THE LAW OFFICES OF STEVEN W. DULAN, PLC |
| | */s/ Steven W. Dulan*_____<br>Steven W. Dulan (P54914)<br>Attorney for Plaintiffs |
| December 31, 2013 | CITY OF GRAND RAPIDS DEPARTMENT OF LAW, |
| | */s/ Kristen Rewa*_____<br>Kristen Rewa (P73043)<br>Assistant City Attorney<br>Attorney for Defendants |

**IT IS SO ORDERED.**

January ___, 2014                              _____
                                               Hon. Janet T. Neff
                                               U.S. District Court Judge