UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHANN DEFFERT,

    Plaintiff,

v.

WILLIAM MOE, et al.,

    Defendants.
_____/

Case No. 1:13-cv-1351

HON. JANET T. NEFF

### **ORDER**

Pending before the Court is the parties' Stipulation and Proposed Order to Extend Time to Answer Complaint (Dkt 6). The parties seek to extend the deadline for Defendants to file responsive pleadings, a pre-motion conference request or, if the case is referred to a magistrate judge, a dispositive motion. Requests for extending time in civil cases may be granted upon good cause shown. FED. R. CIV. P. 6(b)(1). The parties have failed to provide any explanation for their request for an extension, and have thus failed to show good cause for granting an extension. For this reason, their request for an extension is denied without prejudice. Therefore,

**IT IS HEREBY ORDERED** that the parties' Stipulation and Proposed Order to Extend Time to Answer Complaint (Dkt 6) is DENIED WITHOUT PREJUDICE.

Dated: January 2, 2014                              /s/ Janet T. Neff
                                                                 JANET T. NEFF
                                                                 United States District Judge