UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHANN DEFFERT,

    Plaintiff,

v.

WILLIAM MOE, et al.,

    Defendants.

_____/

Case No. 1:13-cv-1351

HON. JANET T. NEFF

### **ORDER**

Defendants filed a Pre-Motion Conference Request concerning their anticipated motion for summary judgment (Dkt 32), and no Response to their Pre-Motion Conference Request has been timely filed. Therefore,

**IT IS HEREBY ORDERED** that each party served with the Pre-Motion Conference Request shall file a Response no later than November 4, 2014. Counsel shall adhere to the requirements set forth in Judge Neff's Information and Guidelines for Civil Practice, which are available on the Court's website (www.miwd.uscourts.gov).

Dated: October 28, 2014

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge