UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHANN DEFFERT,

    Plaintiff,

v.

                              Case No. 1:13-cv-1351

                              HON. JANET T. NEFF

WILLIAM MOE, et al.,

    Defendants.

_____/

## ORDER SETTING PRE-MOTION CONFERENCE

A pre-motion conference is scheduled for **December 9, 2014 at 10:00 a.m.** before the Honorable Janet T. Neff, 401 Federal Building, 110 Michigan, N.W., Grand Rapids, Michigan. The attorneys handling the matter for trial are required to be present at this conference, at which time a briefing schedule will be discussed.

    **IT IS SO ORDERED**.

Dated: November 10, 2014                      /s/Janet T. Neff
                                                  JANET T. NEFF
                                                  United States District Judge