UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHANN DEFFERT,

      Plaintiff,                               Case No. 1:13-cv-1351

v.                                                HON. JANET T. NEFF

WILLIAM MOE, *et al.*,

      Defendants.
_____/

## ORDER

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (Dkt 44) is GRANTED, and Counts I, II and III of Plaintiff's Amended Complaint (Dkt 14) are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the Court declines jurisdiction over the state-law claims in Counts IV, V and VI of Plaintiff's Amended Complaint (Dkt 14), and Counts IV, V and VI are DISMISSED WITHOUT PREJUDICE.

DATED: June 1, 2015                                   /s/ Janet T. Neff
                                                             JANET T. NEFF
                                                             United States District Judge