UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHANN DEFFERT,

       Plaintiff,                                    Case No. 1:13-cv-1351

v.                                                      HON. JANET T. NEFF

WILLIAM MOE, *et al.*,

       Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants and against Plaintiff.


DATED: June 1, 2015                             /s/ Janet T. Neff
                                                          JANET T. NEFF
                                                          United States District Judge